UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI SHELTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHNSON & JOHNSON<br>and ETHICON, INC.<br><br>　　　　Defendants. | Case No. 2:21-cv-00423-TLN-AC<br><br>Judge: Hon. Troy L. Nunley<br><br>**ORDER TO PERMIT FILING OF FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: March 8, 2021<br>Trial Date:　　N/A |

　　IT IS HEREBY ORDERED that, pursuant to the Stipulation to Permit Filing of First Amended Complaint and to Extend Time for Defendants to Respond to First Amended Complaint:

　　1.　Plaintiff's deadline to file a First Amended Complaint is April 30, 2021.

　　2.　Defendants' deadline to respond to the First Amended Complaint will be May 31, 2021.

///

///

///

ORDER GRANTING STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT AND TO EXTEND TIME TO RESPOND

1 **IT IS SO ORDERED.**

3 Dated: April 13, 2021

Troy L. Nunley
United States District Judge