UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI SHELTON,<br><br>              Plaintiff,<br><br>    v.<br><br>JOHNSON & JOHNSON<br>and ETHICON, INC.,<br><br>              Defendants. | Case No. 2:21-cv-00423-TLN-AC<br><br>Judge: Hon. Troy L. Nunley<br><br>**ORDER TO PERMIT FILING OF SECOND AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: March 8, 2021<br>Trial Date: N/A |

IT IS HEREBY ORDERED that, pursuant to the Stipulation to Permit Filing of Second Amended Complaint and to Extend Time for Defendants to Respond to Second Amended Complaint:

1. Plaintiff's deadline to file a Second Amended Complaint is June 9, 2021.

2. Defendants' deadline to respond to the Second Amended Complaint will be June 28, 2021.

///

///

///

**IT IS SO ORDERED.**

Dated: May 27, 2021

_____
Troy L. Nunley
United States District Judge