TUCKER ELLIS LLP
Mollie F. Benedict SBN 187084
mollie.benedict@tuckerellis.com
Joshua J. Wes SBN 238541
joshua.wes@tuckerellis.com
Nicholas Janizeh SBN 307816
nicholas.janizeh@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:    213.430.3400
Facsimile:    213.430.3409

Attorneys for Defendants
ETHICON, INC. and
JOHNSON & JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERI SHELTON, | Case No. 2:21-cv-00423-TLN-AC |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY** |
| v. | |
| JOHNSON & JOHNSON and ETHICON, INC., | |
| Defendants. | |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff, Cheri Shelton, and Defendants Ethicon, Inc. and Johnson & Johnson (collectively, the "Parties"), by and through their undersigned counsel, notify the Court that a settlement in principle has been reached. It will likely take 120 days before the settlement of the case will be finalized. As a result, the parties jointly request that the case be moved to inactive status and/or that all deadlines and other requirements be stayed, until such time as the settlement can be concluded and the case can be dismissed with prejudice.

DATED: January 28, 2022					BARON & BUDD, P.C.

							By: /s/ *David B. Fernandes*
							     David B. Fernandes
							     Attorneys for Plaintiff
							     CHERI SHELTON

DATED: January 28, 2022					TUCKER ELLIS LLP

							By: /s/ *Joshua J. Wes*
							     Joshua J. Wes
							     Attorneys for Defendants
							     JOHNSON & JOHNSON and
							     ETHICON, INC.

## SIGNATURE ATTESTATION

I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 28, 2022					TUCKER ELLIS LLP

							By: */s/ Joshua J. Wes*
							     Joshua J. Wes
							     Attorneys for Defendants
							     JOHNSON & JOHNSON and
							     ETHICON, INC.

# **CERTIFICATE OF SERVICE**

I declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

On **January 28, 2022**, I served the following: **JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY** on the interested parties in this action by:

(X) **ELECTRONICALLY VIA ECF:** the above-entitled document to be served electronically through the United States District Court, Eastern District ECF website, addressed to all parties appearing on the Court's ECF service list. A copy of the "Filing Receipt" page will be maintained with the original document in our office.

(X) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 28, 2022**, at Los Angeles, California

*/s/ Joshua J. Wes*
Joshua J. Wes